UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 11-741-JST (RNBx)                                     Date:  April 12, 2012
Title:  Cheri Fu, et al. v. Bank of America, N.A.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                                      Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER REQUIRING PLAINTIFFS TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**

   Plaintiffs filed this action on May 13, 2011, asserting that this Court has subject matter jurisdiction on the basis of diversity under 28 U.S.C. § 1332.  (Compl. ¶ 1, Doc. 1.)  Plaintiffs assert that they are citizens of California and that Defendants, all of which are national associations, are citizens of the states in which their main offices are located.  For the reasons set forth in this Court's Order Granting Motion to Remand, *Fry v. America's Servicing Co.*, No. 8:12-cv-00106-JST (MLGx) (C.D. Cal. Apr. 11, 2012), Doc. 30, the Court concludes that a national bank is citizen of the state in which its main office is located, and also a citizen of the state in which its principal place of business is located.  Although Plaintiffs do not state the location of any of the Defendants' principal place of business, this Court has previously concluded that Wells Fargo is a citizen of California.

   Accordingly, Plaintiffs are ordered to show cause **no later than April 30, 2012**, why this case should not be dismissed for lack of subject matter jurisdiction.

Initials of Preparer:  enm